# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re: KA-RON U HORTON  
     Debtor(s)

Case No. 12 46163

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☑ DENIED.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $ 76.50 on or before 01/09/13

    $ 76.50 on or before 02/08/13

    $ 76.50 on or before 03/10/13

    $ 76.50 on or before 04/09/13

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
                                                                                          (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 12/10/13

BY THE COURT:

_____  
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

Case Number :   **12 B 46163**
Case Name   :   **KA-RON U HORTON**

I, Anthony Watson, Courtroom Deputy to the Honorable Judge Janet S. Baer, certify that on **December 10, 2012**, I caused copies of the attached **an Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** dated, **December 10, 2012** to be served to the parties listed below via facsimile (where indicated); electronically served through the Court's CM/ECF system (where indicated); via First Class Mail as indicated by (**)

*Debtor*
**Ka-ron U Horton (**)**
9464 S harvard
Chicago, IL 60620

*Trustee*
**Michael K Desmond**
Figliulo & Silverman P C
10 S LaSalle Suite 3600
Chicago, IL 60603
served electronically

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
served electronically

--------------------------------------
Anthony Watson
Courtroom Deputy